UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-63-H

METAL SALES MANUFACTURING CORPORATION                PLAINTIFF

V.

JOHN GOODHEW, individually and
d/b/a GOODHEW'S ROOFING                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

This case arrived in federal court by removal on February 7, 2007. Plaintiff, Metal Sales Manufacturing Corporation ("Metal Sales"), alleged that it shipped goods to Defendant, John Goodhew ("Goodhew") on account, which he accepted and then failed to pay the invoice. Plaintiff has moved for judgment in the amount of $92,108.92.

Defendant argues against the judgment on the grounds that the parties dispute the amount due. It acknowledges not paying for $47,155.69 in goods, but cannot determine the remainder. Plaintiff supports its motion for summary judgment with the affidavit of Jeffrey Mackin. The affidavit contains Mackin's statement that Defendant owes $92,108.92. However, neither the complaint nor the dispositive motion contain a copy of the account information or invoices showing the amount due. Plaintiff relies only on the loan agreement. Defendant counters Mr. Mackin's affidavit with his own. At this point, the Court is faced with differing affidavits and no hard evidence.

If Plaintiff can produce its invoices documenting the shipment of goods, the Court can

require Defendant to admit or deny receipt of particular shipments.  Otherwise, the Court is left with a duel of affidavits.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that on or before **September 21, 2007**, Plaintiff shall produce its invoice documenting all goods shipped.

cc:     Counsel of Record